**STATE of Missouri, Respondent,**

v.

**Terry HUTTON, Appellant.**

No. WD 64722.

Missouri Court of Appeals,
Western District.

Feb. 21, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 2006.

Ray E. Sousley, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

PER CURIAM.

Terry L. Hutton was convicted by a Jackson County jury on two counts of assault in the first degree, § 565.050, RSMo 2000, two counts of armed criminal action, § 571.015, RSMo 2000, and one count of unlawful use of a weapon, § 571.030.1(9), RSMo 2000, for which he was sentenced to serve a combination of sentences totaling thirty years in the custody of the Missouri Department of Corrections.

On appeal, Hutton assigns four points of trial court error. After a thorough review of the record, we conclude that no error of law appears. Although no jurisprudential purpose would be served by an extended opinion, a memorandum explaining the reasons for our decision has been provided to the parties.

Hutton's convictions and sentences are affirmed. Rule 30.25(b).